■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID GARDNER, Appellant. [816 NYS2d 398]—Appeal from an order of the Supreme Court, Monroe County (John J. Brunetti, A.J.), dated March 2, 2005. The order determined that defendant is a level three risk pursuant to the Sex Offender Registration Act.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Pigott, Jr., P.J., Hurlbutt, Kehoe, Smith and Green, JJ.